# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 21-7066**                    **September Term, 2021**

**1:19-cv-03659-UNA**

**Filed On:** October 19, 2021

Samuel E. Berhe,

      Appellant

    v.

Johnson Olashea, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Rogers and Millett, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant and the supplements thereto.  <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's June 8, 2021 order be affirmed.  Appellant's notice of appeal was timely only as to the district court's order denying leave to file.  <u>See</u> Fed. R. App. P. 4(a)(1)(A).  On appeal, he presses no argument challenging that order, and he has therefore forfeited any such challenge. <u>See</u> <u>United States ex rel. Totten v. Bombardier Corp.</u>, 380 F.3d 488, 497 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk